# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00199-CV

**In re Cleveland Clark**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   June 29, 2018